NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1084

HAROLD R. LUHN and LUTHER J. HUESKE,

Plaintiffs-Appellees,

v.

CECIL SCOTT,

Defendant-Appellant,

and

ARMOR PRODUCTS, INC.,

Defendant.

Robert M. Bowick, Matthews, Lawson & Bowick, PLLC, of Houston, Texas, argued for plaintiffs-appellees.

Rick B. Yeager, of Austin, Texas, argued for defendant-appellant.

Appealed from: United States District Court for the Western District of Texas

Judge Lee Yeakel

NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1084

HAROLD R. LUHN and LUTHER J. HUESKE,

Plaintiffs-Appellees,

v.

CECIL SCOTT,

Defendant-Appellant,

and

ARMOR PRODUCTS, INC.,

Defendant.

# Judgment

ON APPEAL from the    United States District Court for the Western District of Texas

in CASE NO(S).    04-CV-521

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (LOURIE, <u>Circuit Judge</u>, CLEVENGER, <u>Senior Circuit Judge</u>, and MOORE, <u>Circuit Judge</u>).

AFFIRMED.  <u>See</u> Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED July 11, 2008          /s/ Jan Horbaly
                             Jan Horbaly, Clerk